

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Eastern Division

Darren Littlejohn

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

RICHARD D. WESPHAL

UNITED STATES DEPARTMENT OF JUSTICE

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:22-cv-00163
Judge Kennelly
Magistrate Judge McShain
Cat 2 / Random

Jury Trial: (check one)  ☐ Yes  ☑ No

**RECEIVED**

JAN 10 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Darren Littlejohn |
| Street Address | 1601 Lorelei Drive |
| City and County | Zion, Lake County |
| State and Zip Code | Illinois 60099 |
| Telephone Number | (312)218-2402 |
| E-mail Address | littlejohndarren58@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question  [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title 21 USC 851, US CONSTITUTION'S FIFTH AMENDMENT DUE PROCESS AND TAKINGS CLAUSES, AND US CONSTITUTION THIRTEENTH AMENDMENT,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Darren Littlejohn, is a citizen of the State of *(name)* Illinois.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Richard D. Wesphal, is a citizen of the State of *(name)* Iowa. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

    The defendant, *(name)* United States Attorneys Office, is incorporated under the laws of the State of *(name)* Iowa, and has its principal place of business in the State of *(name)* Iowa.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendant was negligent by using the criminal record of another causing plaintiff's unlawful imprisonment, confinement and custody of plaintiff, deprived plaintiff of the financial responsibility to care for his children, exposed plaintiff to involuntary servitude, and after a fraudulent judgment was created from that criminal record, defendant used plaintiff's identity records to obtain bid, performance, and payment bonds and other unknown financial

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. On October 13, 1999, within the United States District Court Southern District of Iowa, Assistant United States Attorney Richard D, Wesphal did obtain and utilize criminal records belonging to another against plaintiff which caused plaintiff's unlawful imprisonment within the Federal Bureau of Prisons, unlawful confinement within the Salvation Army's Pathway Forward Program, and the Northern District of Illinois, and unlawful custody by the United States of America

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff request this court order defendant Richard D. Wesphal and the United Attorneys Office pay compensatory and exemplary damages in the amount of $10,000,000.00 for 10 years of unlawful imprisonment, custody and confinement of plaintiff, for 10 years of involuntary servitude while under unlawful imprisonment, custody and confinement, Deprivation of financial responsibility to care for plaintiff's children while suffering unlawful imprisonment, confinement, and custody. Use of plaintiff's identity records to obtain bid, performance, and payment bonds while suffering unlawful imprisonment, custody and confinement.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/26/2021

Signature of Plaintiff: *Darren Littlejohn*
Printed Name of Plaintiff: Darren Littlejohn

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address